1  Thomas M. Litton, Esq. (Cal. Bar No. 119985)
   LITTON & GEONETTA, LLP
2  120 Montgomery Street, Suite 1600
   San Francisco, CA 94104
3  Tel. (415) 421-4770
   Fax (415) 421-4784
4

5  Sheldon L. Greene, Esq. (Cal. Bar No. 35004)
   GREENE & ALLISON, LLP
6  120 Montgomery Street, Suite 1600
   San Francisco, CA 94104
7  Tel. (415) 981-4100
   Fax (415) 981-1137
8

9  Attorneys for Plaintiff /Appellant,
   Two Bay Petroleum
10

   E. Robert Wright, Esq.
11 Assistant U.S. Attorney
   Eastern District of California
12 U.S. Department of Justice
   501 I Street, Suite 10-100
13 Sacramento, CA 95814
   Tel. (916) 554-2700
14 Fax (916) 554-2900

15 Attorneys for Defendants/ Respondents

16

17                    UNITED STATES DISTRICT COURT

18                    EASTERN DISTRICT OF CALIFORNIA

19

20 Two Bay Petroleum,                          )  **Case No. 2:05-cv-2335-MCE-JFM**
                                                )
21      Plaintiff /Appellant                   )
                                                )  **STIPULATION AND ORDER RE:**
22 vs.                                          )  **SCHEDULING OF HEARING AND**
                                                )  **SUBMISSION OF TRIAL BRIEFS**
23                                              )
   United States Department of the Interior, Gale )
24 Norton , Secretary, Bureau of Land           )
   Management,                                  )
25                                              )
        Defendants/Respondents                  )
26                                              )
                                                )
27

28

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Parties hereby stipulate to scheduling a hearing and briefing schedule as set forth below and respectfully request that it become an order of the Court.

STIPULATION

The Parties hereby stipulate to the following:

1. That the Court set a hearing to review *de novo* the ruling of the Interior Board of Land Appeals sustaining the termination of an oil and gas lease provided to Plaintiff , that said hearing be held sometime in April, 2007, that the hearing be one day long and that trial briefs shall be filed with the Court and served on opposing counsel on or before the following dates:

Plaintiff's Brief:            November 17, 2006

Defendant's Brief:        January 5, 2007

Plaintiff's Reply Brief:  February 16, 2007

Defendant may response to Plaintiff's Reply Brief, but only if limited to new cases first raised in Plaintiff's Reply. Any such response shall be served and filed no later than March 16, 2007.

Dated: November 17, 2006

GREENE & ALLISON LLP

*Sheldon Greene*

By:_____
　　Sheldon L. Greene
　　Attorneys for Plaintiff

LITTON & GEONETTA, LLP                            UNITED STATES ATTORNEY

*Thomas M. Litton*                                         *E. Robert Wright*

By:_____                              By:_____
　　Thomas Marc Litton                                     　　E. Robert Wright
　　Attorneys for Plaintiff                                    　　Assistant United States Attorney
　　                                                                    　　Attorneys for Defendants

2

**ORDER ON STIPULATION**

Good cause appearing, the Proposed Stipulation, submitted jointly by the Parties, is hereby adopted and ordered by the Court. Hearing on the matter shall be held on April 30, 2007 at 10:00 a.m. in Courtroom 3, 15th floor.

DATED: November 28, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE