McGREGOR W. SCOTT
United States Attorney
E. ROBERT WRIGHT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2702

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWO BAY PETROLEUM,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; GALE NORTON, SECRETARY, BUREAU OF LAND MANAGEMENT,<br><br>　　　　　　Defendants. | No. 2:05-CV-02335-MCE-JFM<br><br>**STIPULATION AND AMENDED ORDER RE: SCHEDULING OF HEARING AND OTHER MATTERS** |

　　　1. By way of background for this Stipulation, the parties had previously, on November 17, 2006, stipulated to a briefing schedule, and to oral argument, reviewing the decision of the Interior Board of Land Management Appeals, with Hearing to take place in April, 2007.  On November 28, 2006, this Court adopted the stipulation and ordered Hearing set for April 30, 2007.  The parties completed the briefing pursuant to that schedule and Order.  Shortly before the Hearing, this Court on its own motion, by Minute Order, continued the Hearing to May 4, 2007.  Then, on May 3, 2007, this Court on its own motion, by Minute Order, ordered the case submitted without oral argument and vacated the May 4, 2007, Hearing. (The Minute Order stated that if the Court determined that oral argument is needed, it would be scheduled at a later date.)  Finally, on May 10, 2007, this Court on its own motion, by minute Order, set a Final Pretrial Conference for July 20, 2007, at 9:00 a.m., and Bench Trial for August 6, 2007, at 9:00 a.m.

1    Now, the parties through counsel stipulate and request as follows;

2    2.  There was not going to be a Final Pretrial Conference, under the stipulated schedule approved and Ordered by this Court on November 28, 2006.  The Administrative Record was lodged with the Court on August 28, 2006.  Notice of lodging the Administrative Record was filed on that date.  Under the briefing schedule, each party has filed two briefs in this case.  There are no witnesses, and no exhibits other than the Administrative Record.  Plaintiff intends to file a supplemental exhibit.  Beyond that, the only item left for completion is to have oral argument.

3.  Consequently, the parties respectfully request that the Final Pretrial Conference set for July 20, 2007, be vacated, and that there be no Pretrial Conference in this case.

4.  Counsel for defendants is not available the week of August 6, 2007.  The parties respectfully request that the Bench Trial of August 6, 2007, be vacated and that the Hearing be held on August 14, 2007.  The parties estimate that the hearing will take one-half day.

Dated: June 1, 2007        GREENE & ALLISON LLP

                           By:    /s/ Sheldon L. Greene
                                  Sheldon L. Greene
                                  Attorneys for Plaintiff


                           Respectfully submitted,

Dated: June 1, 2007        McGREGOR W. SCOTT
                           UNITED STATES ATTORNEY

                           By:    /s/ E. Robert Wright
                                  E. ROBERT WRIGHT
                                  Assistant United States Attorney
                                  Attorneys for Defendants

///
///
///
///
///
///

ORDER ON STIPULATION

Good cause appearing, the Stipulation submitted jointly by the parties, is hereby adopted and ordered by the Court.  The Pretrial Conference on July 20, 2007 is vacated, the August 6, 2007 Bench Trial is vacated, and Oral Argument shall be held on August 14, 2007 at 9:00 a.m. in Courtroom 3, 15th floor. Oral argument shall not last longer than three (3) hours. Said three (3) hours time period for oral argument shall be divided equally between plaintiff and defendants.

The Minute Order dated May 3, 2007 is vacated.

Dated:  June 5, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE